AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MORGAN L. OBODOAKO,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-152

EFFINGHAM COUNTY BOARD OF EDUCATION,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 10, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed and this action stands closed.

Approved by: _/s/_

January 30, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_/s/ Jamie Hodge_
*(By) Deputy Clerk*

GAS Rev 10/2020